ERIC GRANT
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDULHAKIM AHMED QAHTAN MUTHANA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, et al.<br><br>Defendants. | CASE NO. 2:26-CV-02629- TLN CSK<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

Defendants respectfully request an extension of time to respond to the Complaint, and Plaintiffs do not oppose this request. On July 29, 2026, Plaintiffs filed a Complaint alleging unlawful delay in adjudication of Plaintiffs' I -130 Petitions for Alien Relative filed by Plaintiff Abdulhakim Ahmed Qahtan Muthanna on behalf of Plaintiff-Beneficiaries. ECF 1 ("Complaint"). The Complaint was served on August 13, 2026, making the current response deadline October 13, 2026. Due to delays in the intake and assignment process, Counsel for Defendants has only recently connected with the agency to receive a POC and assess this matter. As such, Defendants have only this week opened a dialogue with counsel for Plaintiffs. Counsel for Defendants is currently obtaining necessary information to allow the parties to meet and confer. Given this status, the parties have not been able to meet and confer regarding the applicable facts and law. Accordingly, and in the interest of an effective meet and confer process, the parties hereby jointly request an extension of the current deadline for Defendants to respond to the complaint for a period of approximately thirty (30) days, through and including November 12, 2026.

The parties further request that all other associated dates, including any status or scheduling conferences and/or filing deadlines, be similarly extended.

Based on the foregoing, the parties stipulate that the new date for Defendants to file an answer or other dispositive pleading is November 12, 2026. The parties further request that all other associated dates, including any status or scheduling conferences and/or filing deadlines, be similarly extended.

DATED: October 13, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By: /s/ Catherine J. Swann
CATHERINE J. SWANN
Assistant United States Attorney
Counsel for the United States

By: /s/ Julie Goldberg (as authorized on October 13, 2026)
JULIE GOLDBERG
Counsel for Plaintiff

**ORDER**

Based on the foregoing stipulation, it is hereby ORDERED that:

1. Defendants shall have through and including November 12, 2026 to file their response or alternate pleading; and
2. All any other deadlines shall be extended for a similar period of time.

DATED: October 14, 2026

Troy L. Nunley
Chief United States District Judge